UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
GARITT A. KONO, JR.,
:
               Plaintiff,
:
      -against-                        05-CV-9843 (RMB) (MHD)
:
BLOOMBERG L.P., MICHAEL CLANCY,
and CAROLYNN FEDOR, individually and in   :   STIPULATION AND ORDER
their official capacities as employees of
Bloomberg L.P.,
:
              Defendants.   :

------------------------------------------------------------x

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Garitt A. Kono, Jr., Defendant Bloomberg L.P., Defendant Michael Clancy, and Defendant Carolynn Fedor (who constitute all of the parties that have appeared in the action that previously have not been dismissed or otherwise removed from the action), through their undersigned counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action shall be dismissed with prejudice in its entirety as against all defendants, without costs to any party, and with all parties waiving all rights of appeal.

Dated: October 19, 2006
       New York, New York

By: _____
Neal Brickman (NB-0874)
David M. Kearney (DK-1996)

The Law Offices of Neal Brickman
317 Madison Avenue - 21st Floor
New York, New York 10017
Tel: (212) 986-6840
Fax: (212) 986-7691

*Attorneys for Plaintiff Garrit A. Kono, Jr.*


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/02/06

| WILLKIE FARR & GALLAGHER LLP | SULLIVAN & WORCESTER LLP |
|---|---|
| *(signature)* | *(signature)* |
| (A Member of the Firm) | (A Member of the Firm) |
| Thomas H. Golden (TG-1467)<br>Sean S. Buckley (SB-0344)<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: 212.728.8000<br>Fax: 212.728.8111 | Franklin B. Velie (FV-4918)<br>Jonathan G. Kortmansky (JK-5053)<br>Tembani S. Xaba (TX-9242)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Tel: 212.660.3000<br>Fax: 212.660.3001 |
| *Attorneys for Defendant Bloomberg L.P.* | *Attorneys for Defendant Michael Clancy* |

DAVIS & GILBERT LLP

_____

Maureen McLoughlin (MM-1258)
Scott M. Singer (SS-4576)
1740 Broadway
New York, NY 10019
Tel: 212.468.4800
Fax: 212.468.4888

*Attorneys for Defendant Carolynn Fedor*

SO ORDERED



RMB
U.S.D.J.
11/2/06

34-11762

**WILLKIE FARR & GALLAGHER LLP**                **SULLIVAN & WORCESTER LLP**

_____                _____
(A Member of the Firm)                          (A Member of the Firm)

Thomas H. Golden (TG-1467)                      Franklin B. Velie (FV-4918)
Sean S. Buckley (SB-0344)                       Jonathan G. Kortmansky (JK-5053)
787 Seventh Avenue                              Tembani S. Xaba (TX-9242)
New York, New York 10019                        1290 Avenue of the Americas
Tel: 212.728.8000                               New York, New York 10104
Fax: 212.728.8111                               Tel: 212.660.3000
                                                Fax: 212.660.3001

*Attorneys for Defendant Bloomberg L.P.*        *Attorneys for Defendant Michael Clancy*


**DAVIS & GILBERT LLP**

_/s/ Scott M. Singer_____
Maureen McLoughlin (MM-1258)
Scott M. Singer (SS-4576)
1740 Broadway
New York, NY 10019
Tel: 212.468.4800
Fax: 212.468.4888

*Attorneys for Defendant Carolynn Fedor*


SO ORDERED

_____
      U.S.D.J.

3441762

-2-